|  |  |
|---|---|
|  | TYPE OF HEARING: __R5__ |
|  | CASE NUMBER: __1:25-mj-325__ |
|  | MAGISTRATE JUDGE: <u>William Fitzpatrick</u> |
|  | DATE: __5/30/2025__ |
| EASTERN DISTRICT OF VIRGINIA | TIME: <u>2:12 – 2:20 p.m.</u> |
|  | DEPUTY CLERK: <u>Laura Guerra</u> |
| UNITED STATES OF AMERICA |  |
| VS. |  |

<u>   **Nathan Vilas Laatsch**           </u>

<u>Govt Counsel</u>:  Gordon Kromberg

<u>Deft Counsel</u>:   w/o counsel

<u>AFPD Duty</u>: Whitney Minter

<u>Interpreter</u>:

Deft informed of rights, charges, and penalties (x)
Deft informed of rights, and violations (  )
Court to appoint counsel:(x) FPD (x) CJA (  ) Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Gov't is seeking detention - GRANTED.
Deft remanded pending PH/DH.

**NEXT COURT APPEARANCE:**

**6/4/2025 2:00 PH/DH**

**JUDGE: WBP**