AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-mj-325 |
| Nathan Vilas Laatsch | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                        .

Date: 06/02/2025

/s/ Christina A. Clark
*Attorney's signature*

Christina A. Clark D.C. Bar 995326
*Printed name and bar number*
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
*Address*

christina.clark3@usdoj.gov
*E-mail address*

(202) 307-5191
*Telephone number*

*FAX number*