## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**    ☒ **Under Seal**

**Judge Assigned:** Hon. Rossie D. Alston, Jr.

City: _____

Superseding Indictment: _____

**Criminal No.** 1:25-CR-156

County: Arlington

Same Defendant: _____

New Defendant: _____

Magistrate Judge Case No. 1:25mj325

**Arraignment Date:** _____

Search Warrant Case No. _____

R. 20/R. 40 From: _____

### Defendant Information:

**Defendant Name:** Nathan Vilas Laatsch    Alias(es): _____    ☐ Juvenile   FBI No. _____

**Address:** xxxx Kenmore Ave, Apt xxx, Alexandria VA

Employment: _____

**Birth Date:** 1996 xx xx    SSN: xxx-xx-6772    **Sex:** Male    Race: _____    Nationality: _____

**Place of Birth:** _____   Height: ____   Weight: ____   Hair: ____   Eyes: ____   Scars/Tattoos: _____

☐ Interpreter   **Language/Dialect:** _____    Auto Description: _____

### Location/Status:

**Arrest Date:** _____    ☒ Already in Federal Custody as of: May 29, 2025   in: ADC

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond _____

### Defense Counsel Information:

**Name:** needs security clearance    ☐ Court Appointed    Counsel Conflicts: none

Address: _____    ☐ Retained

Phone: _____    ☐ Public Defender    ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Gordon D. Kromberg    **Phone:** 703.299.3700    Bar No. 33676

### Complainant Agency - Address & Phone No. or Person & Title:

FBI SA Matthew Johnson, 202.278.3813

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 794 | distribution of classified material | 1 | felony |
| Set 2: | | | | |
| Date: | June 3, 2025 | **AUSA Signature:** *Gordon D. Kromberg* | | *may be continued on reverse* |