| | | |
|---|---|---|
| Date: 6/4/2025 | Case: 1:25-cr-156 | Time: 2:09p – 2:36p |

Judge: William B. Porter

| | |
|---|---|
| Tape: FTR/400 | Court Reporter: N/A |

Hearing: ☐Initial App./☐Detention Hrg/☐Preliminary Hrg/☐Status Conf./☐Motion Hrg

Eastern District of Virginia
United States of America
v.
Nathan Laatsch

**Participants**
**USA**: Christine Clark, Gordon Kromberg
**Defense Counsel**: Lauren Rosen, Valencia Roberts
**Court to appoint counsel**: ☐AFPD/ ☐CJA/ ☐Conflict List/ ☐Defendant to retain counsel

| | |
|---|---|
| Interpreter: | Language: |

**Advisement**
☐Rule 5                    ☐Due Process Protections Act

**Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)
☐Deft denies PC as to the violation(s)     ☐Deft does not contest PC as to the violation(s)
☐Court finds PC as to the violation(s)

**Detention Hearing/Preliminary Hearing**
☒DH held / ☐DH waived          ☐PH held / ☐PH waived
☐Def submits on probable cause / ☐Def not contesting probable cause
☐Govt adduced evidence and rests          ☐Court finds probable cause
☐Rule 5 hearings waived

**Detention**
☒Govt seeking detention / ☐Govt not seeking detention
☒Def counsel seeking release / ☐Def counsel not seeking release at this time
☐Def counsel not contesting release at this time
☒Deft remanded to the custody of the USMS

**Bond Status**
☐Deft released on PR bond: ☐with conditions          ☐Deft continued on PR bond
☐Deft continued on previously imposed conditions: ☐Probation / ☐Supervised Release

**Future proceedings**
☐Matter continued for further proceedings before the Grand Jury
☒Next hearing: Arraignment – 6/11/25 – 11a - RDA

**Notes**: PH not held due to recent Indictment